[This opinion has been published in *Ohio Official Reports* at 77 Ohio St.3d 154.]

**WESTFIELD COMPANIES, APPELLANT, *v.* KETTE ET AL., APPELLEES.**

**[Cite as *Westfield Cos. v. Kette*, 1996-Ohio-335.]**

*Insurance—Incidents of intentional acts of sexual molestation of a minor do not constitute "occurrences" for purposes of determining liability insurance coverage—Public policy precludes issuance of insurance to provide liability coverage for injuries resulting from intentional acts of sexual molestation of a minor.*

(No. 96-1127—Submitted October 8, 1996—Decided December 11, 1996.)

APPEAL from the Court of Appeals for Erie County, No. E-95-051.

————————

*Davis & Young Co., L.P.A., Jan L. Roller* and *Dennis R. Fogarty*, for appellant.

*William M. Crosby* and *Nancy A. Kelly*, for appellees Christian Pfanner, Barbara Kette Perrin, Chris Perrin, Stephen Kette, Janice Kette, Allyn Magers, and Stacy Magers.

————————

**{¶ 1}** The discretionary appeal is allowed.

**{¶ 2}** The judgment of the court of appeals is reversed on the authority of *Cuervo v. Cincinnati Ins. Co.* (1996), 76 Ohio St.3d 41, 665 N.E.2d 1121.

MOYER, C.J., RESNICK, PFEIFER, COOK and STRATTON, JJ., concur.

DOUGLAS, J., dissents.

F.E. SWEENEY, J., dissents and would affirm the judgment of the court of appeals.

————————